# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-04645-JPB
## Khan v. Bibi
## Honorable J. P. Boulee

Minute Sheet for proceedings held via ZOOM on 04/30/2024.

TIME COURT COMMENCED: 3:38 P.M.
TIME COURT CONCLUDED: 3:53 P.M.         COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:15                    DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Monar Ead representing Sajid Ali Khan<br>Lance Gowens representing Anwa Bibi |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [44]Motion to Withdraw as Attorney GRANTED |
| MINUTE TEXT: | The Court read its findings of fact and conclusions of law into the record. The Court did not find Pakistan to be the habitual residence of the minor children. Thus, the Court DENIED Petitioner's petition under the Hague Convention [Doc. 1]. The Court reminded the parties that this ruling is not a determination of the merits of any custody issues concerning the children. Ms. Ead's Motion to Withdraw [Doc. 44] was GRANTED without objection. The Clerk is DIRECTED to enter judgment against Petitioner and close the case. |
| HEARING STATUS: | Hearing Concluded |