## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SAJID ALI KHAN,<br><br>                Plaintiff,<br><br>vs.<br><br>ANWA BIBI,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-04645-JPB |

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, on Plaintiff's Petition under the Hague Convention, it is

**Ordered and Adjudged** that the petition be **DENIED** because the Court did not find Pakistan to be the habitual residence of the minor children, and judgment is entered against Petitioner.

Dated at Atlanta, Georgia, this 1st day of May, 2024.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                                        By:    s/ N. Bowen-Haider
                                                    N. Bowen-Haider, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 1, 2024
Kevin P. Weimer
Clerk of Court

By:    s/ N. Bowen-Haider
         Deputy Clerk